UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CIVIL ACTION NO.: 5:17-CV-00033-KKC

REBECCA ANDERSON and RANDY BROOKS,   PLAINTIFFS
Individually and as Parents and Next Friends of
G.B., a minor

v.   **PLAINTIFFS' WITNESS LIST**

UNITED STATES OF AMERICA   DEFENDANT

*********

Plaintiffs, Rebecca Anderson and Randy Brooks, Individually and as Parents and Next Friends of G.B., a minor, by counsel, for their Witness List, state as follows:

**(d)(i) (1) (2) Plaintiffs' Witness List with Brief Summary of Expected Testimony**

1.   Rebecca Anderson, Plaintiff and Mother of G.B. Rebecca will testify as to her prenatal course, her treatment received from Dr. Ratliff, her labor and delivery, the post-delivery events, G.B.'s injuries and condition after birth, G.B.'s growth and development since birth, her goals, hopes, and objectives for G.B., the work she does with G.B. on a daily basis, the 24-hour a day care required for G.B., the damages Rebecca has suffered, her injuries from the delivery, G.B.'s medical expenses which have been incurred, and her expectations for G.B.'s future care and treatment. She will further testify consistent with her deposition testimony.

2.   Randy Brooks, Plaintiff and Father of G.B. Randy will testify as to Rebecca's prenatal course, the treatment she received from Dr. Ratliff, his observations of her labor and delivery, G.B.'s condition after birth, G.B.'s transfer to the University of Kentucky Hospital, and the care he required after coming home from the hospital. He will also testify regarding G.B.'s damages, medical expenses, and expectations for G.B.'s future care, treatment, and needs. He will further testify consistent with his deposition testimony.

3.   G.B. It is not anticipated that G.B., will testify as he is unable to communicate; however, Plaintiffs would like to introduce him to the Court.

4.   Byram Ratliff, MD. Dr. Ratliff provided obstetrical care and treatment to Rebecca Anderson and G.B. He will testify regarding his care and treatment of Rebecca Anderson and G.B., consistent with his treatment notes and deposition testimony.

5.   Sarah Willoughby, RN. Nurse Willoughby cared for Rebecca Anderson during her labor and delivery and G.B., after delivery. It is expected Nurse Willoughby may testify consistent with her deposition testimony regarding her care and treatment of Rebecca Anderson and the delivery of G.B.

6. <u>Deborah Kennons, RN.</u> Nurse Kennons may testify regarding her care and treatment of Rebecca Anderson and G.B. consistent with her deposition testimony.

7. <u>Cathy Skaggs, RN</u>. Nurse Skaggs cared for Rebecca Anderson during Rebecca's labor and delivery and G.B., after delivery. It is expected she may testify regarding her observations at the time of delivery and prior to G.B.'s transfer to University of Kentucky Hospital.

8. <u>Betty Bussell, RN</u>. Nurse Russell may testify regarding her care and treatment of Rebecca Anderson and G.B. consistent with the medical records.

9. <u>Krystal Frazier, RN</u>. Nurse Frazier cared for Rebecca Anderson during her labor and delivery and G.B., after delivery. It is expected she will testify regarding her observations at the time of delivery and prior to G.B.'s transfer to University of Kentucky Hospital.

10. <u>Henry Vasconez, MD</u>. Dr. Vasconez is a plastic surgeon who has treated G.B., for his craniosynostosis and participated in his cranial surgery to repair his metopic synostosis. It is expected Dr. Vasconez will testify consistent with his medical records and deposition testimony.

11. <u>Mary Beth Doyle, MD</u>. Dr. Doyle is G.B.'s current treating pediatrician. She has knowledge of G.B.'s, overall health, his deficits, future medical needs, and life expectancy. It is expected Dr. Doyle will testify consistent with her medical records and deposition testimony.

12. <u>Aparna Patra, MD</u>. Dr. Patra was G.B.'s treating neonatologists at UK Hospital. She will testify regarding her care and treatment of G.B., consistent with her medical records, and her deposition testimony.

13. <u>Richard Hall, MD</u>. Dr. Hall was G.B.'s pediatrician and provided care to G.B., prior to Dr. Doyle taking over his care. He may testify regarding his care of G.B., and consistent with his medical records.

14. <u>Tammy Anderson</u>, Grandmother of G.B. It is expected she will testify regarding her observations of Rebecca's pregnancy and delivery and of G.B. after delivery. She will also testify regarding G.B.,'s progress, damages, and limitations consistent with her deposition testimony.

15. <u>Sara Law</u>, Speech Therapist. Sara will testify consistent with her therapy records regarding G.B., including her treatment and observations of G.B., and Rebecca, and her recommendations regarding his future therapy needs.

16. <u>Christy Wallen, MD</u>, Pediatric Ophthalmologist. Dr. Wallen may testify consistent with her medical records regarding G.B.

17. <u>George Fuchs, MD</u>, Pediatric Gastroenterologist. Dr. Fuchs may testify consistent with his medical records.

18. <u>Thomas Pitman, MD</u>. Dr. Pitman may testify regarding his care and treatment of G.B., consistent with his notes and the surgical procedure performed to correct craniosynostosis.

19.  <u>Beryl Coyle, PT</u>. Ms. Coyle will testify consistent with her treatment records and deposition testimony. She will testify regarding her treatment and observations of G.B., and Rebecca. She will testify regarding her recommendations for his future therapy needs.

20.  The Plaintiffs reserve the right to call any witness listed by the Defendant.

21.  The Plaintiffs reserve the right to call any witness necessary for rebuttal or impeachment.

22.  Although counsel anticipate that the authenticity of exhibits will be stipulated to, Plaintiffs reserve the right to call any records custodian for the limited purpose of authentication.

        Respectfully submitted,

        <u>/s/Liz J. Shepherd</u>
        Liz J. Shepherd
        Tyler S. Thompson
        Jack Tolliver, MD & Associates
        13800 Lake Point Circle
        Louisville, KY 40223

## CERTIFICATE OF SERVICE

I hereby certified that on the 26th day of February, 2019, the foregoing was electronically filed using the CM/ECF system.

        <u>/s/Liz J. Shepherd</u>
        Liz J. Shepherd